**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: THE ADOPTION OF L.G.L.S., A MINOR | : | No. 343 WAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: C.P. AND P.E.P. | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.